IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CR-087-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STACY TREMAINE JOHNSON, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>REECE USA, )<br>)<br>Garnishee. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 19) filed January 7, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government reports that Defendant's judgment debt has been satisfied. (Document No. 19).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 19) is **GRANTED**. The "Order Of Continuing Garnishment" (Document No. 18) filed in this case against Defendant Stacy Tremaine Johnson is **DISMISSED**.

**SO ORDERED**.

Signed: January 7, 2025

_____
David C. Keesler
United States Magistrate Judge